IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   **ORDER**<br>) |
| DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

THIS MATTER was before the Court on the *Joint Motion Requesting to Participate in a Court-Hosted Settlement Conference and Requesting a Stay of Litigation to Permit the Parties to Participate in a Court-Hosted Settlement Conference*. Having considered the Joint Motion, good cause having been shown, and the Court being otherwise duly advised.

IT IS NOW THEREFORE ORDERED that the *Joint Motion Requesting to Participate in a Court-Hosted Settlement Conference and Requesting a Stay of Litigation to Permit the Parties to Participate in a Court-Hosted Settlement Conference* shall be and the same is hereby GRANTED. The Parties are ordered to participate in a Court-Hosted Settlement Conference to take place before a Magistrate Judge, assigned at the Court's discretion, on or before May 31, 2023; that the action is stayed until May 31, 2023, which includes a stay of any deadline and/or the beginning of formal discovery; and that that within fourteen (14) days of the date that the stay is lifted, the Parties shall either submit a notice informing the Court that the matter has been resolved or, if the matter is not resolved through the Court-hosted settlement conference, that

1

Defendants respond to Plaintiffs' Complaint and the Parties submit a proposed 26(f) Report and resume litigation.

IT IS SO ORDERED, this the ___ day of April, 2023.

                                                                                             _____
                                                                                             TERRENCE W. BOYLE
                                                                                             UNITED STATES DISTRICT JUDGE