IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**TAYLOR PHILO and SAID ISLAS, Each Individually**     **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.     No. 5:22-cv-240-BO-RJ

**DEGLER ENTERPRISE, LLC, HILLARY**     **DEFENDANTS**
**DEGLER and CHRISTOPHER DEGLER**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as an hourly Construction Worker since June 15, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Vincent thomas*
SIGNATURE

Vincent Thomas
PRINTED NAME

Date: March 14, 2023



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

### IMPORTANT: RETURN FOR FILING BEFORE MARCH 6, 2023