IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**TAYLOR PHILO and SAID ISLAS, Each Individually**     **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.     No. 5:22-cv-00240-BO-RJ

**DEGLER ENTERPRISE, LLC, HILLARY**     **DEFENDANTS**
**DEGLER and CHRISTOPHER DEGLER**

## UNOPPOSED MOTION TO ALLOW FOR
## VIRTUAL ATTENDANCE AT SETTLEMENT CONFERENCE

Plaintiffs Taylor Philo and Said Islas (collectively "Plaintiffs"), each individually and on behalf of all others similarly situated, by and through undersigned counsel, for their Unopposed Motion to Allow for Virtual Attendance at Settlement Conference, do hereby state as follows:

1. By Local Civil Rule 101.2(d)(1) and the Court's Order for a court-hosted settlement conference (ECF No. 41), the Court stated that the individual parties and at least one attorney of reach for each party shall attend the conference in person, unless excused.

2. While Plaintiffs' counsel understands the importance face-to-face discussion with counsel for Defendants and the Court, Plaintiffs' counsel resides in Little Rock, Arkansas.

3. Plaintiff Taylor Philo now resides approximately 13 hours away in Upstate New York and Plaintiff Said Islas is located four hours away in Elkin, North Carolina.

4. Given the locations of the Plaintiffs and their counsel, Plaintiffs request permission to attend the settlement conference scheduled from Monday, June 26 virtually.

5. Plaintiffs extend the same courtesy to Defendants' and their counsel.

Page 1 of 3
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Unopposed Motion to Allow for
Virtual Attendance at Settlement Conference

Case 5:22-cv-00240-BO-RJ   Document 42   Filed 06/14/23   Page 1 of 3

6. Plaintiffs' counsel does not believe this will, in any way, alter the Parties' ability to secure full settlement authority, and to have a thorough, detailed, and meaningful conference.

7. Rather, a remote conference allows both Parties to further keep cost to a minimum in order to help facilitate settlement.

8. This request is made for good cause and not for delay.

9. Plaintiff's Counsel contacted Defendants' Counsel and is authorized to say that **this Motion is unopposed**.

WHERERFORE, premises considered, Plaintiffs ask the Court to enter their proposed order or to otherwise grant the relief outlined herein.

Respectfully submitted,

**TAYLOR PHILO and SAID ISLAS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

*/s/ Sean Short*
Sean Short
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
sean@sanfordlawfirm.com
Arkansas Bar. No. 2015079
Lead Attorney for Plaintiffs

Kristin Oakley
RICCI LAW FIRM, P.A.
2221 Stantonsburg Road
Greenville, North Carolina 27834
Telephone: (252) 752-7785
Facsimile: (252) 752-1016
kgoakley@riccilawnc.com
North Carolina Bar. No. 49233
Local Civil Rule 83.1(d) Counsel for Plaintiffs

Page 2 of 3
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Unopposed Motion to Allow for
Virtual Attendance at Settlement Conference

Case 5:22-cv-00240-BO-RJ   Document 42   Filed 06/14/23   Page 2 of 3

# CERTIFICATE OF SERVICE

I, Sean Short, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing MOTION was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Paul S. Holscher
Kevin S. Joyner
Vanessa N. Garrido
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
8529 Six Forks Road, Forum IV, Suite 600
Raleigh, NC 27615
Phone: 919-787-9700
Facsimile: 919-783-9412
Email:  Paul.Holscher@ogletree.com
Email:  Kevin.Joyner@ogletree.com
Email: Vanessa.Garrido@ogletree.com

*/s/ Sean Short*
**Sean Short**

**Page 3 of 3**
**Taylor Philo, et al. v. Degler Enterprise, LLC, et al.**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ**
**Unopposed Motion to Allow for**
**Virtual Attendance at Settlement Conference**

Case 5:22-cv-00240-BO-RJ   Document 42   Filed 06/14/23   Page 3 of 3