IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TAYLOR PHILO and SAID ISLAS, Each Individually       PLAINTIFFS
and on Behalf of All Others Similarly Situated

vs.                     No. 5:22-cv-00240-BO-RJ

**DEGLER ENTERPRISE, LLC, HILLARY**                  **DEFENDANTS**
**DEGLER and CHRISTOPHER DEGLER**

## ORDER

Before the Court is an Unopposed Motion to Appear Virtually for the June 26, 2023, Settlement Conference. Having considered the Motion and the grounds therefore, the Court finds the Motion is well taken and hereby ORDERS the following:

1. Plaintiffs and their counsel are allowed to attend the June 26, 2023, Settlement Conference virtually.

2. Defendants and their counsel may also attend the Settlement Conference virtually.

**IT IS SO ORDERED.**

Signed and entered this \_\_\_\_ day of June, 2023.

_____
**HONORABLE ROBERT B. JONES**
**UNITED STATES MAGISTRATE JUDGE**

Page 1 of 1
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Order

Case 5:22-cv-00240-BO-RJ   Document 42-1   Filed 06/14/23   Page 1 of 1