IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-240-BO

| | | |
|---|---|---|
| TAYLOR PHILO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEGLER ENTERPRISE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiffs' unopposed motion for virtual attendance at the June 26, 2023 court-hosted settlement conference. [DE-42]. Plaintiffs also indicated they would not oppose Defendants and their counsel's remote participation, and Defendants have advised the court they would also like to participate by video. For good cause shown, the motion is allowed. The parties and their counsel may participate in the settlement conference by video. Counsel shall promptly complete the VTC Request Form found on the court's website under Attorneys, Courtroom Technology.

SO ORDERED, this the 22 day of June, 2023.

ROBERT B. JONES, JR.
United States Magistrate Judge