IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER,<br><br>Defendants. | **JOINT NOTICE OF SETTLEMENT** |

Taylor Philo and Said Islas, ("Plaintiffs") and Degler Enterprise, LLC, Hillary Degler, and Christopher Degler ("Defendants") (together with Plaintiffs, the "Parties"), by and through their undersigned counsel, provide this Joint Notice of Settlement, and in support thereof, state as follows:

1. The Parties have reached an agreement in principal as to the resolution of this litigation and as to all parties.

2. The Parties are in the process of finalizing a Settlement Agreement and anticipate filing a Motion for Approval within the next 30 days.

WHEREFORE, the Parties provide their Joint Notice of Settlement in this matter, and respectfully request that the Court vacate all existing litigation deadlines in this matter and cancel the Settlement Conference scheduled for Monday, June 26, 2023, with the Honorable United States Magistrate Judge Robert E. Jones, Jr., as the matter has been resolved in its entirety and as to all parties.

1

Respectfully submitted this the 23rd day of June, 2023.

| COUNSEL FOR DEFENDANTS | COUNSEL FOR PLAINTIFFS |
|---|---|
| /s/ *Kevin S. Joyner* | /s/ *Sean Short* |
| Paul S. Holscher | Sean Short |
| N.C. State Bar No. 33991 | Arkansas Bar No. 2015079 |
| Kevin S. Joyner | Sanford Law Firm, PLLC |
| N.C. State Bar No. 25605 | 10800 Financial Centre Pkwy, Suite 510 |
| Vanessa N. Garrido | Little Rock, Arkansas 72211 |
| N.C. State Bar No. 53470 | Phone: 888-615-4946 |
| **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** | Facsimile: 888-787-2040 |
| 8529 Six Forks Road, Forum IV, Suite 600 | Email: sean@sanfordlawfirm.com |
| Raleigh, NC 27615 | *Counsel by Special Appearance* |
| Phone: 919-787-9700 | |
| Facsimile: 919-783-9412 | Kristin G. Oakley |
| Email: Paul.Holscher@ogletree.com | Ricci Law Firm, PA |
| Email: Kevin.Joyner@ogletree.com | P.O. Box 483 |
| Email: Vanessa.Garrido@ogletree.com | Greenville, NC 27834 |
| | Phone: 252-752-7785 |
| | Facsimile: 252-752-1016 |
| | Email: kgoakley@riccilawnc.com |
| | *Local Civil Rule 83.1(d) Counsel for Plaintiffs* |