IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**TAYLOR PHILO and SAID ISLAS, Each Individually**     **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.         No. 5:22-cv-00240-BO-RJ

**DEGLER ENTERPRISE, LLC, HILLARY**     **DEFENDANTS**
**DEGLER and CHRISTOPHER DEGLER**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION FOR APPROVAL

Plaintiffs Taylor Philo and Said Islas, individually and on behalf of all others similarly situated, and Defendants Degler Enterprise, LLC, Hillary Degler, and Christopher Degler, by and through their undersigned counsel, for their Motion for Extension of Time to File Joint Motion for Approval, the Parties state as follows:

1. On May 24, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted in this lawsuit. *See* Joint Notice of Settlement, ECF No. 44.

2. The Parties further stated that they were in the process of finalizing settlement terms and that they expected to file their dismissal papers within 30 days. *Id*.

3. The Parties have drafted a settlement agreement, but they require more time in order to edit the agreement to the satisfaction of all parties.

4. Accordingly, the Parties request that the deadline to file their Joint Motion for Approval be extended by 21 days, to August 14, 2023.

Page 1 of 2
**Taylor Philo, et al. v. Degler Enterprise, LLC, et al.**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ**
**Joint Motion for Extension of**
**Time to File Joint Motion for Approval**

Case 5:22-cv-00240-BO-RJ    Document 45    Filed 07/24/23    Page 1 of 2

5. This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff and Defendant pray this Court grant this Motion to extend the deadline to file their Joint Motion for Approval to August 14, 2023.

Respectfully submitted this the 24th day of July, 2023.

| COUNSEL FOR DEFENDANTS | COUNSEL FOR PLAINTIFFS |
|---|---|
| /s/ *Paul S. Holscher* <br> Paul S. Holscher <br> N.C. State Bar No. 33991 <br> Kevin S. Joyner <br> N.C. State Bar No. 25605 <br> Vanessa N. Garrido <br> N.C. State Bar No. 53470 <br> **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** <br> 8529 Six Forks Road, Forum IV, Suite 600 <br> Raleigh, NC 27615 <br> Phone: 919-787-9700 <br> Facsimile: 919-783-9412 <br> Email: Paul.Holscher@ogletree.com <br> Email: Kevin.Joyner@ogletree.com <br> Email: Vanessa.Garrido@ogletree.com | /s/ Sean Short <br> Sean Short <br> Arkansas Bar No. 2015079 <br> Sanford Law Firm, PLLC <br> 10800 Financial Centre Pkwy, Suite 510 <br> Little Rock, Arkansas 72211 <br> Phone: 888-615-4946 <br> Facsimile: 888-787-2040 <br> Email: sean@sanfordlawfirm.com <br> *Counsel by Special Appearance* <br><br> Kristin G. Oakley <br> Ricci Law Firm, PA <br> P.O. Box 483 <br> Greenville, NC 27834 <br> Phone: 252-752-7785 <br> Facsimile: 252-752-1016 <br> Email: kgoakley@riccilawnc.com <br> *Local Civil Rule 83.1(d) Counsel for Plaintiffs* |

Page 2 of 2
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Joint Motion for Extension of
Time to File Joint Motion for Approval

Case 5:22-cv-00240-BO-RJ    Document 45    Filed 07/24/23    Page 2 of 2