IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER, | )<br>) |
| Defendants. | ) |

THIS MATTER was before the Court on the *Joint Motion for Extension of Time to File Joint Motion For Approval*. Having considered the Joint Motion, good cause having been shown, and the Court being otherwise duly advised,

IT IS NOW THEREFORE ORDERED that the *Joint Motion for Extension of Time to File Joint Motion For Approval* shall be and the same is hereby GRANTED.

IT IS SO ORDERED, this the ___ day of July, 2023.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1