IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No. 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each and on Behalf of All Others Similarly Situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>DEGLER ENTERPRISE, LLC, HILLARY DEGLER and CHRISTOPHER DEGLER,<br><br>DEFENDANTS. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION FOR APPROVAL** |

Plaintiffs Taylor Philo and Said Islas, individually and on behalf of all others similarly situated, and Defendants Degler Enterprise, LLC, Hillary Degler, and Christopher Degler, by and through their undersigned counsel, for their Motion for Extension of Time to File Joint Motion for Approval, the Parties state as follows:

1. On May 24, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted in this lawsuit. *See* Joint Notice of Settlement, ECF No. 44.

2. The Parties further stated that they were in the process of finalizing settlement terms and that they expected to file their dismissal papers within 30 days. *Id*.

3. The Parties filed a Joint Motion For Extension of Time To File Joint Motion For Approval on July 24, 2023. *See* Joint Motion, ECF 45.

4. The Parties have drafted a settlement agreement as well as Joint Motion to Approve Settlement and corresponding Memorandum of Law, but they require more time in order to review, edit, and execute the agreement and documents to be filed with the Court to the satisfaction of all

parties.

5. Accordingly, the Parties request that the deadline to file their Joint Motion for Approval be extended by 14 days, to August 28, 2023.

6. This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff and Defendant pray this Court grant this Motion to extend the deadline to file their Joint Motion for Approval to August 28, 2023.

Respectfully submitted this the 14th day of August, 2023.

| COUNSEL FOR DEFENDANTS | COUNSEL FOR PLAINTIFFS |
|---|---|
| /s/ Kevin S. Joyner<br>Kevin S. Joyner<br>N.C. State Bar No. 25605<br>Paul S. Holscher<br>N.C. State Bar No. 33991<br>Vanessa N. Garrido<br>N.C. State Bar No. 53470<br>**OGLETREE, DEAKINS, NASH,**<br>**SMOAK & STEWART, P.C.**<br>8529 Six Forks Road, Forum IV, Suite 600<br>Raleigh, NC 27615<br>Phone: 919-787-9700<br>Facsimile: 919-783-9412<br>Email: Paul.Holscher@ogletree.com<br>Email: Kevin.Joyner@ogletree.com<br>Email: Vanessa.Garrido@ogletree.com | /s/ Sean Short<br>Sean Short<br>Arkansas Bar No. 2015079<br>Sanford Law Firm, PLLC<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>Phone: 888-615-4946<br>Facsimile: 888-787-2040<br>Email: sean@sanfordlawfirm.com<br>*Counsel by Special Appearance*<br><br>Kristin G. Oakley<br>Ricci Law Firm, PA<br>P.O. Box 483<br>Greenville, NC 27834<br>Phone: 252-752-7785<br>Facsimile: 252-752-1016<br>Email: kgoakley@riccilawnc.com<br>*Local Civil Rule 83.1(d) Counsel for Plaintiffs* |