IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-240-BO

| | | |
|---|---|---|
| TAYLOR PHILO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEGLER ENTERPRISE, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' first and second joint motions for an extension of time to file their joint motion for approval of settlement. [DE-45, 46]. For good cause shown, the second motion, [DE-46], is allowed and the joint motion for approval of settlement shall be filed no later than **August 28, 2023**. The first motion for an extension of time, [DE-45], is denied as moot.

SO ORDERED, this the 14 day of August, 2023.

ROBERT B. JONES, JR.
United States Magistrate Judge