IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**TAYLOR PHILO and SAID ISLAS, Each Individually**     **PLAINTIFFS**
**and on Behalf of All Others Similarly Situated**

vs.     No. 5:22-cv-00240-BO-RJ

**DEGLER ENTERPRISE, LLC, HILLARY**     **DEFENDANTS**
**DEGLER and CHRISTOPHER DEGLER**

### JOINT MOTION FOR EXTENSION OF TIME TO FILE
### JOINT MOTION FOR APPROVAL

Plaintiffs Taylor Philo and Said Islas, individually and on behalf of all others similarly situated, and Defendants Degler Enterprise, LLC, Hillary Degler, and Christopher Degler, by and through their undersigned counsel, for their Motion for Extension of Time to File Joint Motion for Approval, the Parties state as follows:

1. On May 24, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted in this lawsuit. *See* Joint Notice of Settlement, ECF No. 44.

2. The Parties further stated that they were in the process of finalizing settlement terms and that they expected to file their dismissal papers within 30 days. *Id*.

3. On July 26, 2023, the Parties filed their first Motion for Extension of Time to File Joint Motion for Approval, stating that a settlement agreement has been drafted but required an extension of time in order to edit the agreement to the satisfaction of all parties. ECF No. 45.

Page 1 of 2
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Joint Motion for Extension of Time to File Joint Motion for Approval

Case 5:22-cv-00240-BO-RJ   Document 48   Filed 08/28/23   Page 1 of 3

4. On August 14, 2023, the Parties filed their second Motion for Extension of Time to File Joint Motion for Approval, informing the Court that they had drafted the settlement agreement, Joint Motion to Approve Settlement and corresponding Memorandum of Law, but required more time to review, edit, and execute the agreement and documents to be filed to the satisfaction of all parties. ECF No. 46.

5. To date, the Parties have finalized a settlement agreement as well as a Motion for Approval of Settlement. In addition, the Parties have been working diligently to account for an existing judgment accruing to the benefit of Defendants against an opt-in Plaintiff. The Parties are now in the process of fully executing the agreement but require more time in order to do so.

6. Accordingly, the Parties request that the deadline to file their Joint Motion for Approval be extended by 8 days, to September 4, 2023.

7. This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiff and Defendant pray this Court grant this Motion to extend the deadline to file their Joint Motion for Approval to September 5, 2023.

Respectfully submitted this the 28th day of August, 2023.

| COUNSEL FOR DEFENDANTS | COUNSEL FOR PLAINTIFFS |
|---|---|
| /s/ Vanessa N. Garrido | /s/ Sean Short |
| Paul S. Holscher | Sean Short |
| N.C. State Bar No. 33991 | Arkansas Bar No. 2015079 |
| Kevin S. Joyner | Sanford Law Firm, PLLC |
| N.C. State Bar No. 25605 | 10800 Financial Centre Pkwy, Suite 510 |
| Vanessa N. Garrido | Little Rock, Arkansas 72211 |
| N.C. State Bar No. 53470 | Phone: 888-615-4946 |
| **OGLETREE, DEAKINS, NASH,** | Facsimile: 888-787-2040 |
| **SMOAK & STEWART, P.C.** | Email: sean@sanfordlawfirm.com |
| 8529 Six Forks Road, Forum IV, Suite 600 | *Counsel by Special Appearance* |
| Raleigh, NC 27615 | |
| Phone: 919-787-9700 | Kristin G. Oakley |
| Facsimile: 919-783-9412 | Ricci Law Firm, PA |

Page 2 of 2
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Joint Motion for Extension of Time to File Joint Motion for Approval

Case 5:22-cv-00240-BO-RJ   Document 48   Filed 08/28/23   Page 2 of 3

Email:  Paul.Holscher@ogletree.com  
Email:  Kevin.Joyner@ogletree.com  
Email: Vanessa.Garrido@ogletree.com

P.O. Box 483  
Greenville, NC 27834  
Phone: 252-752-7785  
Facsimile: 252-752-1016  
Email: kgoakley@riccilawnc.com  
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

**Page 3 of 2**  
**Taylor Philo, et al. v. Degler Enterprise, LLC, et al.**  
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ**  
**Joint Motion for Extension of Time to File Joint Motion for Approval**

Case 5:22-cv-00240-BO-RJ    Document 48    Filed 08/28/23    Page 3 of 3