IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER, | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

THIS MATTER was before the Court on the *Third Joint Motion for Extension of Time to File Joint Motion For Approval*. Having considered the Joint Motion, good cause having been shown, and the Court being otherwise duly advised,

IT IS NOW THEREFORE ORDERED that the *Joint Motion for Extension of Time to File Joint Motion For Approval* shall be and the same is hereby GRANTED.

IT IS SO ORDERED, this the ___ day of August, 2023.

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

1