IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-240-BO

| | |
|---|---|
| TAYLOR PHILO, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ORDER |
| DEGLER ENTERPRISE, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

This matter is before the court on the parties' joint motion for an extension of time to file their joint motion for approval of settlement. [DE-48]. For good cause shown, the motion is allowed and the joint motion for approval of settlement shall be filed no later than **Monday, September 4, 2023**.

SO ORDERED, this the **29** day of August, 2023.

ROBERT B. JONES, JR.
United States Magistrate Judge