IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER,<br><br>Defendants. | **JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT** |

NOW COME Plaintiffs Taylor Philo and Said Islas, ("Named Plaintiffs"), on their own behalf and on behalf of all individuals who have filed consents to join the case (collectively the "Plaintiffs"), by and through their counsel, and Defendants Degler Enterprise, LLC, Hillary Degler, and Christopher Degler ("Defendants"), by and through their counsel, and jointly petition this Court for entry of an Order approving their settlement of this action and dismissing this action with prejudice. A copy of the Settlement Agreement and Release (the "Settlement Agreement") is attached hereto as Exhibit A.

In support of this motion, Plaintiffs and Defendants (collectively the "Parties") state as follows:

1. On June 15, 2022, Named Plaintiffs filed a complaint in this putative collective action, asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* [D.E. #1].

2. On October 7, 2022, Plaintiffs filed their Unopposed Motion for Conditional Certification, For Approval and Distribution of Notice and For Disclosure of Contact Information [D.E. #17], and Brief in Support of said Motion [D.E. #18].

3. On December 29, 2022, the Court entered an Order granting Plaintiffs' Unopposed Motion for Conditional Certification, For Approval and Distribution of Notice and For Disclosure of Contact Information, which made March 6, 2023, the deadline for collective members to submit Consents to Join this lawsuit as opt-in plaintiffs. [D.E. #24].

4. Defendants timely provided Plaintiffs' counsel with contact information for putative collective action members, and Court-approved Notice was sent to potential class members.

5. Thirteen[1] individuals thereafter filed Consents to Join this lawsuit [D.E. ## 25-27, 30-32, 36-37, and 39].

6. In an effort to preserve time, expenses, and judicial resources, the Parties submitted their Joint Motion Requesting to Participate in a Court-hosted Settlement Conference and a Stay of Litigation to Permit the Parties to Participate in a Court-hosted Settlement Conference prior to engaging in formal discovery and protracted litigation, which the Court granted on May 20, 2023. [D.E. #40, Docket Text Order on May 22, 2023].

7. On May 23, 2023, the Court set the court-hosted settlement conference for Monday, June 26, 2023. [D.E. #41].

8. In anticipation of the court-hosted settlement conference, Defendants produced time records, pay records, and a spreadsheet with damage calculations for all Plaintiffs, from June 15, 2019 through June 15, 2022.

---

[1] Defendants' counsel agreed to the late-filing of James F. Lowery's and Vincent Thomas' Consent to Join Lawsuit.

9. The Parties, through their respective counsel, engaged in lengthy settlement negotiations and the exchange of pertinent information and documentation culminating in an agreement to settle this case regarding Plaintiffs' claims, subject to the approval of the Court. The Settlement Agreement sets forth in detail the terms of settlement agreed upon by Plaintiffs.

10. As set out more fully in the Memorandum in Support of Joint Motion to Approve Settlements filed contemporaneously with, and offered in support of, this Joint Motion, the settlement reached by the parties represents a fair, just and reasonable resolution of all claims alleged by Plaintiffs for unpaid wages, liquidated damages, and attorneys' fees.

11. The settlement was negotiated at arm's length, by experienced counsel, in resolution of bona fide disputes between their clients with respect to liability and the amount allegedly due under the FLSA. By entering into the settlement, the Parties conserved substantial time and expense that would have been required had the case been further litigated and/or gone to trial; and by settling, Plaintiffs are assured a reasonable recovery on their claims, thereby avoiding the uncertainties associated with further litigation.

12. The amount to be paid for attorneys' fees and costs was negotiated separately from the amount of the settlement paid to Plaintiffs for unpaid wages and their agreement to maintain confidentiality. Accordingly, none of the Plaintiffs will be responsible for paying attorneys' fees and costs out of the settlement payments each receives.

13. Conditioned upon Plaintiffs' receipt of the payments described in Section 3 of the respective Settlement Agreements, Plaintiffs acknowledge that they will have received all wages and benefits to which they are entitled as it relates to this action.

14. If the Settlement Agreement is approved, there will be no remaining matters in dispute between the Parties with regard to the claims raised in this lawsuit, and this case should be dismissed with prejudice as to Plaintiffs' claims.

WHEREFORE, the Parties respectfully request that the Court grant their joint motion, enter an order approving the Settlement Agreement, and dismiss this action with prejudice.

Respectfully submitted, this 1st of September, 2023.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| /s/ Sean Short<br>Sean Short<br>Arkansas Bar No. 2015079<br>Sanford Law Firm, PLLC<br>10800 Financial Centre Pkwy, Suite 510<br>Little Rock, Arkansas 72211<br>Phone: 888-615-4946<br>Facsimile: 888-787-2040<br>Email: josh@sanfordlawfirm.com<br>*Counsel by Special Appearance*<br><br>Kristin G. Oakley<br>Ricci Law Firm, PA<br>P.O. Box 483<br>Greenville, NC 27834<br>Phone: 252-752-7785<br>Facsimile: 252-752-1016<br>Email: kgoakley@riccilawnc.com<br>*Local Civil Rule 83.1(d) Counsel for Plaintiffs* | /s/ Vanessa N. Garrido<br>Kevin S. Joyner<br>N.C. State Bar No. 25605<br>Paul S. Holscher<br>N.C. State Bar No. 33991<br>Vanessa N. Garrido<br>N.C. State Bar No. 53470<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>8529 Six Forks Road, Forum IV, Suite 600<br>Raleigh, NC 27615<br>Phone: 919-787-9700<br>Facsimile: 919-783-9412<br>Email: Paul.Holscher@ogletree.com<br>Email: Kevin.Joyner@ogletree.com<br>Email: Vanessa.Garrido@ogletree.com<br><br>*Attorneys for Defendants* |