IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** ) |
| DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER, | ) ) ) |
| Defendants. | ) ) ) |

This matter comes before the Court on the parties Joint Motion to Approve the Settlement Agreement [DE 50]. The Court finds the parties' Settlement Agreement and Release [DE 50-1] to be a fair and reasonable settlement of a bona fide dispute. The Court GRANTS the parties' Joint Motion, approves the settlement, and dismisses this action with prejudice.

_____
The Honorable Robert B. Jones Jr.