IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| **TAYLOR PHILO and SAID ISLAS, Each Individually and on Behalf of All Others Similarly Situated** | | **PLAINTIFFS** |
| vs. | No. 5:22-cv-00240-BO-RJ | |
| **DEGLER ENTERPRISE, LLC, HILLARY DEGLER and CHRISTOPHER DEGLER** | | **DEFENDANTS** |

## PLAINTIFFS' NOTICE REGARDING SETTLEMENT

The purpose of this Notice is to inform the Court that one Plaintiff's claims, those of Jacob Hall (Consent to Join filed as ECF No. 16), were not taken into account in the Parties' settlement and that, accordingly, Jacob Hall's claims should survive the Parties' pending Motion for Approval (ECF Nos. 50 & 51). In performing discovery and settlement negotiations, counsel for both Parties overlooked Mr. Hall's filed Consent to Join, likely due in part to it being filed before Plaintiffs' Motion for Collective Action. Plaintiffs' counsel have reached out to counsel for Defendants in an attempt to resolve or otherwise preserve Mr. Hall's claims, but have received no substantive response. Accordingly, Plaintiffs request, if the Court approves the currently pending Motion for Approval, that it preserve Mr. Hall's claims while dismissing with prejudice the claims of the other Plaintiffs.

Page 1 of 2
Taylor Philo, et al. v. Degler Enterprise, LLC, et al.
U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ
Plaintiffs' Notice Regarding Settlement

Case 5:22-cv-00240-BO-RJ   Document 53   Filed 09/26/23   Page 1 of 2

COUNSEL FOR PLAINTIFFS

   /s/ *Sean Short*
Sean Short
Arkansas Bar No. 2015079
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Phone: 888-615-4946
Facsimile: 888-787-2040
Email: sean@sanfordlawfirm.com
*Counsel by Special Appearance*

Kristin G. Oakley
Ricci Law Firm, PA
P.O. Box 483
Greenville, NC 27834
Phone: 252-752-7785
Facsimile: 252-752-1016
Email: kgoakley@riccilawnc.com
*Local Civil Rule 83.1(d) Counsel for Plaintiffs*

**Page 2 of 2**
**Taylor Philo, et al. v. Degler Enterprise, LLC, et al.**
**U.S.D.C. (E.D. N.C.) No. 5:22-cv-00240-BO-RJ**
**Plaintiffs' Notice Regarding Settlement**

Case 5:22-cv-00240-BO-RJ   Document 53   Filed 09/26/23   Page 2 of 2