IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER,<br><br>Defendants. | **ORDER** |

This matter comes before the Court on the parties Joint Motion to Approve the Settlement Agreement [DE 50]. The Court finds the parties' Settlement Agreement and Release [DE 50-1] to be a fair and reasonable settlement of a bona fide dispute. The Court GRANTS the parties' Joint Motion, approves the settlement, and dismisses this action with prejudice.

*/s/ Terrence Boyle*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE