IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No.: 5:22-cv-00240-BO-RJ

| | |
|---|---|
| TAYLOR PHILO and SAID ISLAS, Each individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| DEGLER ENTERPRISE, LLC; HILLARY DEGLER; and CHRISTOPHER DEGLER, | )<br>) |
| Defendants. | ) |

This matter comes before the Court on the parties Joint Motion to Open Case for the Limited Purpose to Approve Settlement Agreement [DE 55]. The Court finds the parties' Settlement Agreement and Release [DE 55-1] to be a fair and reasonable settlement of a bona fide dispute with respect to opt-in Plaintiff Jacob Hall. The Court GRANTS the parties' Joint Motion, approves the settlement, and dismisses this action with prejudice.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE